Opinion issued August 23, 2007














In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00650-CR

____________


ROSEMARY UWADIALE, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the174th District Court 

Harris County, Texas

Trial Court Cause No. 993660 





 MEMORANDUM OPINION 

 On August 15, 2007, appellant, Rosemary Uwadiale, filed a motion to dismiss
this appeal. The motion complies with the Texas Rules of Appellate Procedure. See
Tex. R. App. P. 42.2(a).

 We have not yet issued a decision. Accordingly, we grant the motion and
dismiss the appeal. 

 We direct the Clerk of this Court to issue the mandate. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Bland.

Do not publish. Tex. R. App. P. 47.2(b).